IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CALVIN ROBINSON                                                          PETITIONER
ADC  #076977

V.                                    No. 4:24-CV-00536-JM-ERE

DEXTER PAYNE, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States

Magistrate Judge Edie R, Ervin and Petitioner's timely filed objections. Petitioner makes the same

arguments in his objections as he made in his petition and reply. After conducting a *de novo* review

of the record, the Court approves and adopts the RD in all respects.

The petition for writ of habeas corpus (*Doc. 2*) is dismissed with prejudice.

The Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)-(2);

Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.  Petitioner's request

for copies of legal mail *(Doc. 14)* is moot because the Court did not send Petitioner any mail after

the filing of the Recommended Disposition to which Petitioner has responded.

IT IS SO ORDERED this 6th day of January, 2025.

_____
James M. Moody, Jr.
United States District Judge